(02/2012)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY ☒

KOMATSU FINANCIAL LIMITED
PARTNERSHIP

V.

KIRBY LAND COMPANY, INC.

**APPLICATION FOR POST–JUDGMENT REMEDIES**
**CIVIL ACTION** 5:18-cv-01336

**WHEREAS**, in a civil action in which judgment was recovered in the United States District Court for the Southern District of West Virginia, the Plaintiff ☒ hereby requests the following:

☐ Certification of Judgment for Registration in Another District
    *Attached:*    *Certification of Judgment will be prepared by the Clerk's Office.*
               ☐ *Fee ($11.00 per document certified/.50 per page copied)*

☒ Abstract of Judgment
    *Attached:*    ☒ *Abstract of Judgment*

☐ Writ of Execution
    *Attached:*    ☐ *Writ of Execution*
               ☐ *USM Process Receipt and Return*

☐ Abstract of Execution
    *Attached:*    ☐ *Abstract of Execution*
               ☐ *Copy of previously issued Writ of Execution*

☐ Suggestion w/Summons on Suggestion
    *Attached:*    ☐ *Suggestion w/summons*
               ☐ *Notice of Possibility of Exemptions*

☐ Suggestee Execution
    *Attached:*    ☐ *Affidavit for Suggestee Execution*
               ☐ *Suggestee Execution*

☐ Temporary Release re: Suggestee Execution - Exemption
    *Attached:*    ☐ *Temporary Release re:Suggestee Execution - Exemption*

☐ Complete Release re: Suggestee Execution
    *Attached:*    ☐ *Complete Release re: Suggestee Execution*

☐ Writ of Possession
    *Attached:*

        ☐ *Writ of Possession*
        ☐ *USM Process Receipt and Return*
        ☐ *Copy of unexpired Writ of Execution*

☐ Writ of Assistance
    *Attached:*

        ☐ *Writ of Assistance*
        ☐ *USM Process Receipt and Return*

☐ Bill of Costs:
    *Attached:*

        ☐ *Bill of Costs*
        ☐ *Supporting Documentation*

**Date:** November 6, 2019

/s/ Amy L. McLaughlin
*Attorney*
James W. Lane, Jr., Esq. (WVSB #6483)
William J. Hanna, Esq. (WVSB #5518)
Amy L. McLaughlin, Esq. (WVSB #13232)
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338