(04/2005)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT  BECKLEY  ☑

KOMATSU FINANCIAL LIMITED
PARTNERSHIP

**ABSTRACT OF JUDGMENT**

**V**

**CIVIL ACTION  5:18-cv-01336**

KIRBY LAND COMPANY, INC.

Judgment was rendered by the United States District Court for the Southern District of West Virginia at Beckley ☑ on   September 16, 2019  , in the above-entitled action, in favor of KOMATSU FINANCIAL LIMITED PARTNERSHIP

and against

KIRBY LAND COMPANY, INC.

for:

| $ | 9,301,029.80 | Principal, |
| $ | | Attorney Fees, |
| $ | | Interest, and |
| $ | 137,605.63 | Costs, for a total amount of |
| $ | 9,438,635.43 | JUDGMENT AS ENTERED |

with legal interest thereon at _____ % per annum from the date of judgment, until paid.

**RORY L. PERRY II, CLERK OF COURT**          **DATE:**

**BY:** _____
        **DEPUTY CLERK**