# ABSTRACT OF JUDGMENT

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA

### AT BECKLEY

KOMATSU FINANCIAL LIMITED PARTNERSHIP,

    Plaintiff,

v.                           CIVIL ACTION NO. 5:18-cv-01336

KIRBY LAND COMPANY, INC.,

    Defendant.

    Judgment was rendered by the United States District Court for the Southern District of West Virginia, at Beckley, on the 16th day of September, 2019, in the above-entitled action, in favor of the named Plaintiff, and against the Defendant, Kirby Land Company, Inc., in the amount of NINE MILLION THREE HUNDRED ONE THOUSAND TWENTY-NINE and 80/100ths DOLLARS (9,301,029.80), plus late fees in the sum of ONE HUNDRED THIRTY-SEVEN THOUSAND SIX HUNDRED FIVE and 63/100ths DOLLARS (137,605.63), for a total judgment of NINE MILLION FOUR HUNDRED THIRTY-EIGHT THOUSAND SIX HUNDRED THIRTY-FIVE and 43/100ths DOLLARS ($9,438,635.43), with post-judgment interest thereon at the statutory rate from the date of judgment until paid.


RORY L. PERRY II, CLERK OF COURT            DATE: <u>November 6, 2019</u>

By: *SLRichmond*
      Deputy Clerk