IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

KOMATSU FINANCIAL LIMITED PARTNERSHIP,

    Plaintiff,

v.     CIVIL ACTION NO. 5:18-cv-01336

KIRBY LAND COMPANY, INC.,

    Defendant.

## ORDER

On September 16, 2019, the Court granted summary judgment in favor of Plaintiff and determined that Plaintiff is entitled attorney's fees incurred up to the date of May 10, 2019 [Doc. 40]. After obtaining an extension, Plaintiff submitted a statement of fees in the amount of $81,474.84 on October 15, 2019 [Doc. 45]. Defendant has not yet filed a response.

The Court will allow Defendant to respond to Plaintiff's Statement of Attorneys' Fees and Costs [Doc. 45] within fourteen (14) days of the entry of this order. If Defendant does not respond, the matter will be considered unopposed.

For reasons appearing to the Court, it is **ORDERED** that the Amended Scheduling Order **[Doc. 48]** be vacated.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:     November 26, 2019



Frank W. Volk
United States District Judge