IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

KOMATSU FINANCIAL LIMITED PARTNERSHIP,

      Plaintiff,

                              CIVIL ACTION NO. 5:18-cv-01336

KIRBY LAND COMPANY, INC.

      Defendant.

**TO:  KIRBY LAND COMPANY, INC.**
      **ATTN:  James C. Justice III**
      **302 S. Jefferson Street**
      **Roanoke, VA  24011**

      NOTICE is hereby given that in the above-styled case, Suggestions have been filed by the Plaintiff and issued by the Clerk so the Plaintiff may recover the judgment entered against you.  Please see the attached Suggestions requested by the Plaintiff and issued.

      NOTICE is further given that under the laws of the State of West Virginia or the United States of America, there exist certain exemption rights that may be available to you which would relieve you of the obligation to pay all or part of this judgment by means of the Suggestion requested by the Plaintiff(s).

      You may consult an attorney for more specific information on the nature and kind of these exemptions to see if you are eligible.  If you are eligible for such exemptions, your attorney (or you, if you have no attorney), may file a Request for Exemptions in the Clerk Office, United States District Court for the Southern District of West Virginia, 110 North Heber Street, Suite 119, Beckley, West Virginia 25801, and to the United States Marshal's Office, 300 Virginia Street, East, Room 3602, Charleston, West Virginia 25301, stating specifically your reason for an exemption and requesting a hearing on same.  This should be done within twenty-one (21) days of receiving this notice.  A copy of your Request for Exemption should also be sent to Plaintiff's attorney, whose name and address are as follows: **Eric M. Johnson, FLAHERTY SENSABAUGH BONASSO PLLC, 200 Capital Street, P. O. Box 3843, Charleston, WV  25338-3843, Telephone No. 304/345-0200.**

DATED: <u>March 9, 2020</u>

                                  RORY L. PERRY II, CLERK

                                    By:
                                      Deputy Clerk

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To
*Troy Land Co. Inc. Attn. James C. Justice III*

Street and Apt. No., or PO Box No.
*302 S. Jefferson St.*

City, State, ZIP+4®
*Roanoke, VA   24011*

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

*5:18cv1336*
*Nte. of*
*Possibility of*
*Exemptions*
*W/Suggestions*

7017 1070 0000 7397 2810