IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**KOMATSU FINANCIAL
LIMITED PARTNERSHIP,**

      **Plaintiff,**

v.                                                        Civil Action No.: 5:-18-CV-01336

**KIRBY LAND COMPANY, INC.**

      **Defendant.**

## NOTICE OF WITHDRAWAL

Pursuant to the provisions of Rule 83.4(a) of the Local Rules of Civil Procedure for the United States District Court for the Southern District of West Virginia, I, Andrew L. Ellis, hereby provide this Notice of Withdrawal to the Court in this matter and further state as follows:

1. Multiple attorneys have appeared on behalf of the Defendant; and

2. At least one of those attorneys will still be the Defendant's counsel of record after the withdrawal of the undersigned.

                                                        /s/ Andrew L. Ellis
                                                        Andrew L. Ellis (WVSB # 10618)
                                                        1900 Kanawha Boulevard, East
                                                        Building 1, Room W-435
                                                         Charleston, WV 25305
                                                         Andrew.L.Ellis@wvago.gov
                                                        (304) 558-2522

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

**KOMATSU FINANCIAL**
**LIMITED PARTNERSHIP,**

    **Plaintiff,**

**v.**                                         **Civil Action No.: 5:-18-CV-01336**

**KIRBY LAND COMPANY, INC.**

    **Defendant.**

## CERTIFICATE OF SERVICE

        I, Andrew L. Ellis, do hereby certify that the foregoing Notice of Withdrawal was electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following CM/ECF participants, this 11th, day of March 2020:

James W. Lane, Jr., Esq.
William J. Hanna, Esq.
Amy Lynn McLaughlin, Esq.
Eric Michael Johnson, Esq.
Evan Aldridge, Esq.
Flaherty Sensabaugh Bonasso, PLLC
200 Capitol Street
Charleston, WV 25338
jlane@flahertylegal.com
whanna@fsblaw.com
amclaughlin@flahertylegal.com
ejohnson@flahertylegal.com
ealdridge@flahertylegal.com
*Counsel for Plaintiff*

John D. Wooton, Jr., Esq.
John F. Hussell, IV, Esq.
Wooton, Davis, Hussell & Johnson
PO Box 3971
Charleston, WV 25339-3971
john.hussell@wwdhe.com
jody.wooton@wdhjlaw.com
*Counsel for Defendant*

                                                                 /s/ Andrew L. Ellis
                                                                  Andrew L. Ellis