

3/10/2020



IN THE US DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WV,

KOMATSU FINANCIAL LIMITED PARTNERSHIP                    PLANTIFF,

                VS.     CIVIL ACTIONS NO. 5:18-cv-01336

KIRBY LAND COMPANY, INC                                        DEFENDANT,

                ANSWER TO SUGGESTION

    In response to the above styled suggestion, the SUGGESTEE, *Premier Bank, Inc.* answers as follows:

    The SUGGESTEE, *Premier Bank, Inc.*, does currently have account(s) in the above listed name in the amount of $1,899.52. However, these funds will not be released unless an order requesting them is received.

                                                          (BANK OFFICIAL)

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

KOMATSU FINANCIAL LIMITED
PARTNERSHIP,

      Plaintiff,

V.

                            **WRIT OF EXECUTION**

                            **CIVIL ACTION NO. 5:18-cv-01336**

KIRBY LAND COMPANY, INC.

      Defendant.

**IN THE NAME OF THE UNITED STATES OF AMERICA:**

**TO THE UNITED STATES MARSHAL**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA:**

Pursuant to judgment taken in this action on September 16, 2019, we command you that of the goods and chattels of **KIRBY LAND COMPANY, INC.** in your bailiwick, you cause to be made the sum of **NINE MILLION FOUR HUNDRED THIRTY-EIGHT THOUSAND SIX HUNDRED THIRTY-FIVE and 43/100ths DOLLARS ($9,438,635.43)**, with post-judgment interest thereon at the statutory rate from **September 16, 2019** until paid, which the above named **KOMATSU FINANCIAL LIMITED PARTNERSHIP** recovered against the named **KIRBY LAND COMPANY, INC.** and make your return thereof on **June 2, 2020.**

**RORY L. PERRY II, CLERK OF COURT**        **DATE: March 4, 2020**

By: *[signature] Richmond*
        **Deputy Clerk**



# Flaherty

FLAHERTY | SENSABAUGH | BONASSO PLLC

CHARLESTON
CLARKSBURG
MORGANTOWN
WHEELING

Eric M. Johnson, Esq.
ejohnson@flahertylegal.com
304-205-6377

March 6, 2020

Premier Bank, Inc.
Attn: Tim Paxton
201 Pennsylvania Ave. N
Charleston, WV 25302

Re: **Komatsu Financial Limited Partnership v. Kirby Land Company, Inc.**
(Premier Bank Account No.: ******9331)
Civil Action No.: 5:18-CV-01336
U.S. District Court for the Southern District of West Virginia

Dear Sir or Madam:

I write on behalf of Komatsu Financial Limited Partnership, which has obtained a judgment against Kirby Land Company, Inc. Please find enclosed a Writ of Execution issued by the Clerk of the United States District Court for the Southern District of West Virginia, and which has been delivered to the United States Marshal. This creates a lien against all intangible property of Kirby Land Company, Inc., including any deposit accounts Kirby may have with your financial institution. In addition, find attached a Suggestion recently filed with the Clerk of the United States District Court for the Southern District of West Virginia.

You are on notice that any sums your company owes to Kirby Land Company, Inc. are subject to the execution lien in favor of Komatsu. Place an immediate hold on any deposit accounts that Kirby has with your institution. Komatsu shall hold your company responsible for any sums paid to Kirby Land Company, Inc. or paid at Kirby's direction which were properly subject to Komatsu's lien.

Thank you for your attention to this matter.

Sincerely,

Eric M. Johnson

Enclosures
cc: Komatsu Financial Limited Partnership (w/enc.)
11708-52775

*Rcvd via email march 6, 2020*

P.O. BOX 3843 • CHARLESTON, WV 25338 | 200 CAPITOL STREET • CHARLESTON, WV 25301
PHONE: 304.345.0200 • FAX: 304.345.0260 • FLAHERTYLEGAL.COM