Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Mac Warner**
Secretary of State
State of West Virginia
Phone: 304-558-6000
886-767-8683
Visit us online:
www.wvsos.com

RORY L. PERRY II
110 N Heber Street
Suite 119
Beckley, WV 25801



FILED
JAN 3 1 2024
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**Control Number:** 317695

**Defendant:** KENTUCKY FUEL CORPORATION
560 MAIN STREET WEST
WHITE SULPHUR SPRINGS, WV
24986 US

**Agent:** PRAS LLC
**County:** Federal
**Civil Action:** 5:18-CV-1336
**Certified Number:** 9214890112513410000388 9636
**Service Date:** 1/24/2024

I am enclosing:

**1 suggestions**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

TO THE UNITED STATES MARSHAL FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA:

In the name of the United States of America, we command you to summon **Kentucky Fuel Corporation,** if it be found in your bailiwick, to serve upon James W. Lane, Esq. and Eric M. Johnson, Esq. counsel for Plaintiff, at 200 Capitol Street, Charleston, WV 25301, 304-342-0200, an answer, in writing, under oath, to the attached *Suggestion* within 20 days after service of this Summons upon you.

Dated: _Jan. 4, 2024_

RORY L. PERRY II, CLERK

By: _Tina A. Smith_
Deputy Clerk

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**KOMATSU FINANCIAL
LIMITED PARTNERSHIP,**

                **Plaintiff,**

v.                                                                        Civil Action No.: 5:18-cv-1336

**KIRBY LAND COMPANY INC.,**

                **Defendant.**

## SUGGESTION

On September 16, 2019, the United States District Court for the Southern District of West Virginia at Beckley entered an Order awarding judgment in favor of Plaintiff, Komatsu Financial Limited Partnership, and against Defendant, Kirby Land Company, Inc., in the amount of Nine Million Four Hundred Thirty-Eight Thousand Six Hundred Thirty-Five and 43/100ths Dollars ($9,438,635.43) and post-judgment interest. On December 11, 2019, the United States District Court for the Southern District of West Virginia at Beckley entered an Order awarding Plaintiff, Komatsu Financial Limited Partnership, attorneys' fees and costs in the amount of Eighty-One Thousand Four Hundred Seventy-Four and 84/100ths Dollars ($81,474.84). The Clerk of Court issued a Writ of Execution, which was delivered to the United States Marshal for the Southern District of West Virginia. Plaintiff, Komatsu Financial Limited Partnership, by its attorney, suggests that there is a liability, by reason of the lien of said Writ upon the following entity who is not the judgment debtor:

                **Kentucky Fuel Corporation**
                **302 S. Jefferson St.**
                **Roanoke, VA 24011**

The Clerk is requested to issue a summons upon said suggestion.

*/s/ L. Elizabeth King*
James W. Lane Jr., Esq. (WV Bar # 6483)
William J. Hanna, Esq. (WV Bar #5518)
Eric M. Johnson, Esq. (WV Bar #13011)
L. Elizabeth King, Esq. (WV Bar #14268)
Flaherty Sensabaugh Bonasso PLLC

200 Capitol Street
Charleston, WV 25301
jlane@flahertylegal.com
whanna@flahertylegal.com
ejohnson@flahertylegal.com
eking@flahertylegal.com
(304) 345-0200
*Counsel for Komatsu Financial Limited Partnership*