IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**KOMATSU FINANCIAL
LIMITED PARTNERSHIP,**

    **Plaintiff,**

v.                                         **CIVIL ACTION NO. 5:18-cv-01336**
                                               **Honorable Frank W. Volk**

**KIRBY LAND COMPANY, INC.,**

    **Defendant.**

## ANSWER TO SUGGESTION

In response to the suggestion filed in the above-styled civil action, the suggestee, Kentucky Fuel Corporation ("KFC"), states that it has no liability or indebtedness to the judgment debtor, Kirby Land Company, Inc.

Respectfully submitted,

                                                                       KENTUCKY FUEL CORPORATION,

                                                                        By counsel,

                                                              _/s/ David R. Pogue_
                                                              Michael W. Carey, WVSB No. 635
                                                              Steven R. Ruby, WVSB No. 10752
                                                              David R. Pogue, WVSB No. 10806
                                                              Carey Douglas Kessler & Ruby, PLLC
                                                              901 Chase Tower, 707 Virginia Street, East
                                                              Charleston, WV 25301
                                                              Telephone: (304) 345-1234
                                                              Facsimile: (304) 342-1105
                                                              mwcarey@csdlawfirm.com
                                                              sruby@cdkrlaw.com
                                                              drpogue@cdkrlaw.com

## VERIFICATION

STATE OF VIRGINIA,

CITY OF ROANOKE, to-wit:

The undersigned, Executive Vice President and General Counsel of Kentucky Fuel Corporation, being duly sworn, states that the facts contained in the foregoing "Answer to Suggestion" are true, except insofar as they are stated therein to be upon information and belief, and that so far as they are therein stated to be upon information and belief, the undersigned believes them to be true.

_____
Stephen Ball

Taken, subscribed, and sworn to before me this 20th day of February, 2024.

My commission expires: 3-31-26

POLLY ELIZABETH HANSEN
NOTARY PUBLIC
REGISTRATION # 7802475
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
MARCH 31, 2026

_____
NOTARY PUBLIC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**KOMATSU FINANCIAL**
**LIMITED PARTNERSHIP,**

    **Plaintiff,**

v.                                     **CIVIL ACTION NO. 5:18-cv-01336**
                                                 **Honorable Frank W. Volk**

**KIRBY LAND COMPANY, INC.,**

    **Defendant.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of February 2024, the foregoing "Answer to Suggestion" was served using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                                              */s/ David R. Pogue*
                                                              David R. Pogue (WVSB #10806)